Case No: 09-40330 KW Judge: Kay Woods  
Case Name: MCQUAID DISTRIBUTING & MARKETING, I  
For Period Ending: 09/30/11 (3rd reporting period for this case)

Trustee Name: MARK A. BEATRICE  
Date Filed (f) or Converted (c): 02/05/09 (f)  
341(a) Meeting Date: 03/31/09  
Claims Bar Date: 08/10/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. NCB OPERATING ACCT. #817 | 5,734.00 | 1.00 | | 4,097.83 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLES | 487,414.90 | 1.00 | | 0.00 | 1.00 |
| Debtor's largest receivable due from Guarneiri Foods is offset by a larger amount due to said supplier. Secured lender calims against these receivable may exceed the value thereof. | | | | | |
| 4. LIQUOR LICENSE | Unknown | 1.00 | DA | 0.00 | FA |
| 5. LOTTERY LICENSE | Unknown | 1.00 | DA | 0.00 | FA |
| 6. 1998 FORD E250 | Unknown | 2,000.00 | | 3,000.00 | FA |
| 7. 2001 FORD E150 | Unknown | 5,000.00 | | 1,800.00 | FA |
| 8. 2005 INFINITY QX50 | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 9. EQUIPMENT, ACCOUNTS & INVENTORY | Unknown | 3,000.00 | | 2,200.00 | FA |
| Sold per Motion and Court Order. | | | | | |
| 10. FAX MACHINES | Unknown | 50.00 | DA | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.89 | Unknown |
| 12. PREFERENCE AND FRAUDULENT CONVEYANCE ACTIONS (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| Trustee has filed adversary against principal, Shaukat Sindhu, and related parties, for preferential payments received and for breach of fiduciary duties re: fraudulent conveyances. Mr. Sindhu is defending claims and may not be collectible fo significant sums of money. | | | | | |
| TOTALS (Excluding Unknown Values) | $513,148.90 | $10,055.00 | | $11,103.72 | $2.00 |

Gross Value of Remaining Assets  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1  Ver: 16.04d

| | | | |
|---|---|---|---|
| Case No: | 09-40330    KW    Judge: Kay Woods | Trustee Name: | MARK A. BEATRICE |
| Case Name: | MCQUAID DISTRIBUTING & MARKETING, I | Date Filed (f) or Converted (c): | 02/05/09 (f) |
| | | 341(a) Meeting Date: | 03/31/09 |
| | | Claims Bar Date: | 08/10/09 |

TRUSTEE PURSUED OR ABANDONED THE DEBTOR'S RECEIVABLES AND FILED ADVERSARY RE:FRAUDULENT TRANSFER AND PREFERENTIAL TRANSFER CLAIMS RE: OWNER'S FAMILY AND COMPANIES. ADVERSARY REMAINS PENDING WITH NO TRIAL DATE AS YET.

Initial Projected Date of Final Report (TFR): 09/30/10     Current Projected Date of Final Report (TFR): 10/30/11

LFORM1

Ver: 16.04d

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 09-40330 -KW | | Trustee Name: | MARK A. BEATRICE |
| --- | --- | --- | --- | --- |
| Case Name: | MCQUAID DISTRIBUTING & MARKETING, I | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3356 MONEY MARKET - INTEREST |
| Taxpayer ID No: | *******2476 | | | |
| For Period Ending: | 09/30/11 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 6,287.00 |
| 10/29/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,287.16 |
| 11/30/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,287.32 |
| 12/29/10 | 000102 | MRSC INSURANCE PARTNERS, LLC | PRO RATA BOND PREMIUM | 2300-000 | | 9.31 | 6,278.01 |
| | | 31500 Bainbridge Road, Suite 5 | PRO RATA BOND PREMIUM | | | | |
| | | Solon, OH  44139 | | | | | |
| 12/31/10 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 6,278.17 |
| 01/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,278.33 |
| 02/28/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,278.38 |
| 03/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,278.43 |
| 04/29/11 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,278.48 |
| 05/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,278.54 |
| 06/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,278.59 |
| 07/29/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,278.64 |
| 08/31/11 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 6,278.70 |
| 09/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,278.75 |

|  | | |
| --- | --- | --- |
| COLUMN TOTALS | 1.06 | 9.31 | 6,278.75 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 1.06 | 9.31 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 1.06 | 9.31 |

Page Subtotals     1.06     9.31

Ver: 16.04d

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 09-40330 -KW | Trustee Name: | MARK A. BEATRICE |
|---|---|---|---|
| Case Name: | MCQUAID DISTRIBUTING & MARKETING, I | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3534 MONEY MARKET - INTEREST |
| Taxpayer ID No: | *******2476 | | |
| For Period Ending: | 09/30/11 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 4,046.58 |
| 10/29/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,046.68 |
| 11/30/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,046.79 |
| 12/31/10 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 4,046.89 |
| 01/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,046.99 |
| 02/28/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,047.02 |
| 03/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,047.05 |
| 04/29/11 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,047.08 |
| 05/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,047.12 |
| 06/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,047.15 |
| 07/29/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,047.18 |
| 08/31/11 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,047.22 |
| 09/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,047.25 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.67 | 0.00 | 4,047.25 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.67 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.67 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - INTEREST ACCOUNTS - ********3356 | 1.06 | 9.31 | 6,278.75 |
| MONEY MARKET - INTEREST ACCOUNTS - ********3534 | 0.67 | 0.00 | 4,047.25 |
| | 1.73 | 9.31 | 10,326.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.67  0.00

Ver: 16.04d

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 09-40330 -KW | | Trustee Name: | MARK A. BEATRICE |
| --- | --- | --- | --- | --- |
| Case Name: | MCQUAID DISTRIBUTING & MARKETING, I | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3534  MONEY MARKET - INTEREST |
| Taxpayer ID No: | *******2476 | | | |
| For Period Ending: | 09/30/11 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | | 0.00 | 0.00 | |

LFORM24

Ver: 16.04d